# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1300** **September Term, 2026**

**SEC-2026-53**
**SEC-Rel34-106535**

**Filed On: October 27, 2026** **[2200500]**

John Doe,

Petitioner

v.

Securities and Exchange Commission,

Respondent

**N O T I C E**

This case was docketed on October 26, 2026. The Securities & Exchange Commission is hereby notified that the attached is a true copy of the petition for review, which was filed on October 26, 2026, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Laura M. Morgan
Deputy Clerk

Attachment:
Certified Copy of Petition for Review