# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1300** **September Term, 2026**

**SEC-2026-53**
**SEC-Rel34-106535**

**Filed On: October 27, 2026** **[2200502]**

John Doe,

Petitioner

v.

Securities and Exchange Commission,

Respondent

**O R D E R**

The petition for review in this case was filed and docketed on October 26, 2026, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | November 30, 2026 |
| Docketing Statement Form | November 30, 2026 |
| Procedural Motions, if any | November 30, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | November 30, 2026 |
| Statement of Issues to be Raised | November 30, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | November 30, 2026 |
| Dispositive Motions, if any | December 11, 2026 |

It is

**FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | November 30, 2026 |
| Procedural Motions, if any | November 30, 2026 |
| Certified Index to the Record | December 11, 2026 |
| Dispositive Motions, if any | December 11, 2026 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Laura M. Morgan
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form
Entry of Appearance Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)