# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1300** **September Term, 2026**

**SEC-2026-53**
**SEC-Rel34-106535**

**Filed On: October 28, 2026 [2200612]**


John Doe,

Petitioner

v.

Securities and Exchange Commission,

Respondent

**ORDER**

Upon consideration of petitioner's motion for leave to proceed under a pseudonym and for an order providing for the filing under seal of any information that might tend to reveal petitioner's identity, it is

**ORDERED** that the motion be granted. See 15 U.S.C. § 78u-6(h)(2)(A); D.C. Cir. Rule 47.1(a). Petitioner may proceed in this court under a pseudonym, and petitioner's name and identifying information may not appear on the public docket or on any publicly available pleading in this case. All filings containing information that could reasonably be expected to reveal petitioner's identity shall be filed under seal. Within three days after the filing of any document under seal, a redacted copy of the document, prepared in accordance with the requirements of D.C. Circuit Rule 47.1(d)(1), shall be electronically filed on the public docket.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Catherine J. Lavender
Deputy Clerk